IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GLEN OWENS § § § vs. § § COMMISSIONER, SOCIAL § SECURITY ADMINISTRATION § | CASE NO. 6:16CV389-RC |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (ECF 9), filed on November 3, 2016, recommends that the Motion to Dismiss (ECF 8), be granted and that this social security action be dismissed with prejudice. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court. In light of the foregoing, it is hereby

**ORDERED** that the Motion to Dismiss (ECF 8) is **GRANTED**. The above-entitled action is **DISMISSED WITH PREJUDICE**.

Any motion not previously ruled on is **DENIED**.

**So Ordered and Signed**
Nov 28, 2016

_____
Ron Clark, United States District Judge